IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHILLIP LEUPOLU,

   Plaintiff,

v.

SIRAH OKOLUKU, et al.,

   Defendants.

Civil Action No.: SAG-21-1854

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of August, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant Jamillah Nock's Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 24), construed as a Motion for Summary Judgment, IS GRANTED;

2. Judgment is entered in favor of Nock and against Leupolu;

3. Defendant Sirah Okoluku's Motion to Dismiss (ECF No. 30) IS GRANTED;

4. The Complaint IS DISMISSED as to Okoluku;

5. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum Opinion and a copy of this Order to Leupolu and to counsel; and

6. The Clerk SHALL CLOSE this case.

                                                             /s/
                                          Stephanie A. Gallagher
                                          United States District Judge